# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>Hibo Daar,<br><br>　　　　　　　　　　Defendant | COURTROOM MINUTES - CRIMINAL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No:　　　25-mj-306 DTS<br>Date:　　　　　May 27, 2025<br>Courthouse:　　Minneapolis<br>Courtroom:　　9E<br>Time Commenced:　12:36 p.m.<br>Time Concluded:　1:02 p.m.<br>Time in Court:　26 minutes |

APPEARANCES:
　Plaintiff: Daniel Bobier and Joe Thompson, Assistant U.S. Attorneys
　Defendant: Aaron Morrison, Assistant Federal Public Defender
　　　　　X FPD　　　　X To be appointed

Date Charges Filed: May 23, 2025　　　　Offense: Wire Fraud

X Advised of Rights

on　　X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Friday, May 30, 2025 at 9:30 a.m. before U.S. Magistrate Judge David T. Schultz in Courtroom 9E (MPLS) for:
　X Detention hrg　　　X Preliminary hrg

X Government moves to unseal the case.　　X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

　　　　　　　　　　　　　　　　　　　　　　　　　　_s/nah_____
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy